Report Required by the ...
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

AO 10
Rev. 1/2006

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)** Gonzalez, Jr., Jose A | **2. Court or Organization** U.S. District Court, So.Distri | **3. Date of Report** 05/05/2006 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)** U.S. District Judge (Senior) | **5a. Report Type (check appropriate type)** ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final | **6. Reporting Period** 01/01/2005 to 12/31/2005 |
| | **5b.** ☐ Amended Report | |
| **7. Chambers or Office Address** 205D, United States Courthouse 299 East Broward Boulevard Fort Lauderdale, Florida 33301 | **8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.** Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2005 MAY 10 A 9:58 FINANCIAL DISCLOSURE

| Name of Person Reporting | Date of Report |
|---|---|
| Gonzalez, Jr., Jose A | 05/05/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gonzalez, Jr., Jose A | 05/05/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gonzalez, Jr., Jose A | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BankAmerica Market Line Acct., Fort Lauderdale, FL | B | Interest | N | T | | | | | |
| 2. SunBank Money Mkt Acct., Fort Lauderdale, FL | A | Interest | K | T | | | | | |
| 3. Oxford Tax Exempt | A | Interest | J | T | | | | | |
| 4. Coca-Cola | A | Dividend | K | T | | | | | |
| 5. Home Depot, Inc. | A | Dividend | K | T | | | | | |
| 6. Orange Blossom Land Trust, Fort Lauderdale, FL | | None | J | W | | | | | |
| 7. FPL Group, Inc. | A | Dividend | K | T | | | | | |
| 8. Morgan Stanley Dean Witter Tax Free, Inc. | A | Interest | K | T | | | | | |
| 9. General Electric Co. | A | Dividend | K | T | | | | | |
| 10. Morgan Stanley Dean Witter-Asset Trust CTR -IRA | A | Interest | K | T | | | | | |
| 11. FPL Group, Inc. - IRA | A | Dividend | J | T | | | | | |
| 12. Schering Plough Corp. | A | Dividend | J | T | | | | | |
| 13. Morgan Stanley Dean Witter Active Assets Acct. | A | Interest | J | T | | | | | |
| 14. SunTrust Banks | A | Dividend | K | T | | | | | |
| 15. Bond - FLA ST BOE Pub Educ. | A | Interest | L | T | | | | | |
| 16. Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 17. Exxon Corp. | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gonzalez, Jr., Jose A | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Muniyield FLA. Fund | A | Dividend | K | T | | | | | |
| 19. American Stores | A | Dividend | J | T | | | | | |
| 20. Acreage - Wayne County, GA | | None | L | Q | | | | | |
| 21. Acreage - Highlands County, FL | | None | J | W | | | | | |
| 22. Coml Rental, FtLaud, FL (Quester) | D | Rent | L | W | | | | | |
| 23. AT&T | A | Dividend | J | T | Partial sale | 11/25 | J | | |
| 24. Verizon Communications (Bell Atlantic) | A | Dividend | K | T | | | | | |
| 25. Bell South | A | Dividend | K | T | | | | | |
| 26. Kimberly Clark | A | Dividend | J | T | | | | | |
| 27. SBC Communications (SW Bell) (Also Ameritech) | A | Dividend | K | T | | | | | |
| 28. H.J. Heinz | A | Dividend | J | T | | | | | |
| 29. Grady's Bar, Inc., Fort Lauderdale, FL | C | Dividend | L | W | | | | | |
| 30. Lee Bank | A | Interest | K | T | | | | | |
| 31. Equitable Life | A | Interest | K | T | | | | | |
| 32. Lucent Technologies | | None | J | T | | | | | |
| 33. Hewlett Packard - IRA | A | Dividend | K | T | | | | | |
| 34. (American Brands) Fortune Brands | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gonzalez, Jr., Jose A | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Bond - Dade County Aviation Ref. | B | Interest | K | T | Sold | 09/06 | J | | |
| 36. Bond - Indian River County Water and Sewer Rev. | B | Interest | K | T | | | | | |
| 37. Vodafone GP PLC (Gallaher CP PLC) | A | Dividend | K | T | | | | | |
| 38. Associates First CAP CPA | A | Dividend | J | T | | | | | |
| 39. Albertsons, Inc. | A | Dividend | J | T | | | | | |
| 40. BankAmerica Checking | A | Interest | K | T | | | | | |
| 41. Agilent Technologies | | None | J | T | | | | | |
| 42. Interactive Corp. (Formerly Ask Jeeves) | | None | J | T | Partial sale | 07/22 | J | A | |
| 43. Avaya, Inc. | | None | J | T | | | | | |
| 44. Visteon Corp. | A | Dividend | J | T | | | | | |
| 45. Citigroup | A | Dividend | J | T | | | | | |
| 46. M375 Associates 10 | | None | | T | Sell | 08/31 | J | D | |
| 47. Kraft Foods | A | Dividend | J | T | | | | | |
| 48. Pepsico, Inc. | A | Dividend | J | T | | | | | |
| 49. Zimmer Holdings | | None | J | T | | | | | |
| 50. Copeland Real Estate, Inc., Fort Lauderdale, FL | D | Dividend | O | Q | | | | | |
| 51. Florida St.Bd.Ed. Cap Bond | A | Interest | K | T | | | | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000
   (See Column C2)   Q =Appraisal   V =Other   S =Assessment   T =Cash Market
   U =Book Value   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gonzalez, Jr., Jose A | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Florida St. Turnpike Auth Rev. Bond | A | Interest | K | T | | | | | |
| 53. Tampa Bay Water Sup Re. Bond | A | Interest | K | T | | | | | |
| 54. National City Corp | A | Dividend | K | T | | | | | |
| 55. Comcast | A | Dividend | J | T | | | | | |
| 56. Franklin F/L T/F Income | C | Interest | M | T | | | | | |
| 57. Van Kampen Tax Exempt | C | Interest | M | T | | | | | |
| 58. Amanda Tilley - Personal loan | A | Interest | J | T | | | | | |
| 59. Bond - Jacksonville Fla GTD Entitlement | J | Interest | J | T | | | | | |
| 60. Neenah Paper Inc. | | None | J | T | | | | | |
| 61. Del Monte Foods | J | Dividend | J | T | | | | | |
| 62. Wachovia Corp | J | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gonzalez, Jr., Jose A | 05/05/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Gonzalez, Jr., Jose A | 05/05/2006 |

| Name of Person Reporting | Date of Report |
|---|---|
| Gonzalez, Jr., Jose A | 05/05/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____  Date _5-4-06_____

NOTE: ANY INDIVID███████████████████████FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SAN████████████████████████

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544